IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BONAFIDE MASONRY,
RETAILFIRST INSURANCE
COMPANY AND CLAIMS
CENTER SUMMIT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellants,

CASE NO. 1D14-4833

v.

RUSSELL R. SAXTON,

      Appellee.

_____/

Opinion filed March 5, 2015.

An appeal from an order of the Judge of Compensation Claims.
Ellen H. Lorenzen, Judge.

Date of Accident: February 10, 1988.

Mark S. Spangler of the Law Offices of Mark S. Spangler, P.A., Maitland, for Appellants.

Michael J. Winer of the Law Office of Michael J. Winer, P.A., Tampa, for Appellee.

PER CURIAM.

      We dismiss this appeal of two nonfinal orders rendered by the Judge of

Compensation Claims on September 3, 2014, and September 23, 2014, respectively.

Appellants challenge the nonfinal orders under Florida Rule of Appellate Procedure 9.180(b)(1)(A), which provides for appellate review of a nonfinal order adjudicating jurisdiction. Appellants, however, have failed to demonstrate that the September 23, 2014, order denying its motion to dismiss "adjudicates" jurisdiction, as the term is used in Rule 9.180(b)(1)(A). In the order, the JCC specifically declined to rule on the jurisdictional question raised in Appellants' motion, based on a lack of evidence. The JCC advised Appellants to file an evidentiary motion supporting its allegations, and rather than doing so, Appellants filed this premature appeal. Appellant also failed to file a timely notice of appeal from the rendition of the September 3, 2014, order. Accordingly, we dismiss this appeal for lack of appellate jurisdiction.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.